Argued October 28, appeal dismissed for want of jurisdiction November 8, 1976

KINDALL et ux, *Appellants,*
*v.*
HAYNES et al, *Respondents.*
(No. 88,250, CA 6102)

555 P2d 950

*Lawrence Wm. Jordan, Jr.,* Portland, argued the cause for appellants.

*Gordon H. Price,* Mollala, argued the cause for respondents.

Before Schwab, Chief Judge, and Fort and Thornton, Judges.

PER CURIAM.

The notice of appeal in this case was not timely filed and we have no jurisdiction to consider it. *Columbia Auto Works v. Yates,* 176 Or 295, 156 P2d 561 (1945). Appeal dismissed for want of jurisdiction.